UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

United States of America :

v. : Case No: croo-142T

Ike Weems : (Crim. Case No. )

Movant

CA 04 421T

Movant's Pro Se Motion To Proceed

In Forma Pauperis Pursuant to 28 USC

Section 2255 Proceedings

Comes Now, Ike Weems, Movant, pro-se, respectfully moves this court with the above entitled Motion seeking permission to proceedings in filing Movant's 28 USC Sec. 2255 Motion to Vacate Sentence and Conviction pursuant to the Forma Pauperis Statue 28 USC SEc. 1915 for indigent prisoner/person. In support of Movant's Motion, see attached Prison Account Statement of the Bureau of Prisons (U.S.P. Big Sandy), and Movant's Affidavit in support of Movant's Motion to proceed in forma pauperis, pursuant to 28 USC Sec. 1915 in the named proceedings herein.

Respectfully Submitted;

9-23-04 I. Weems

Date

Ike Weems #
Movant, Pro-Se,
P.O. Box 2068
Inez, KY 41224

(2)

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America | : | |
| v | : | Case No. croo-142T |
| Ike Weems | : | |
| Affiant/Movant | : | |
| | : | |

Affidavit of Ike Weems In Support

Of Ike Weems Motion to Proceed In

Forma Pauperis Pursuant to 28 USC Sec.

1915-Pursuant to 28 USC 2255 Proceedings

Motion to Vacate

I, Ike Weems, affiant/movant, pro-se, do hereby submit the above entitle instrument in support of my request to proceed in my 28 USC Sec. 2255 Motion to Vacate Conviction and Sentence in forma pauperis pursuant to 28 USC Sec. 1915 (a)(1)(b), Which gives this court authorization to grant my request pursuant to 28 USC Sec. 1915 (a)(1)(b) to proceed in filing a 28 USC Sec. 2255 Motion to Vacate. I further state that I am an indigent prisoner confined with the Bureau of Prisons at U.S.P. Big Sandy, P.O. Box 2068, Inez, KY 41224.

I am employed as an institutional orderly herein at U.S.P. Big Sandy, P.O. Box 2067, Inez, KY 41224, I earn on a monthly basis of $18.00 per month. I have no assets, I own no property, nor do I support anyone, I'm single, and I do not have any form of income to pay the filing fees or to give security therefor

and that I believe I am entitled to redress the claims brought forth in my 28 USC Sec. 2255 Motion to Vacate.

9-23-04
Date

I. Weem
Ike Weems #
Affiant/Movant, Pro Se,
P.o. Box 2068, Inez, KY 41224

Appeared before Me, this person, Ike Weems with proper identification with the subscribed document Affidavit of Ike Weems to be notarized by Me and acknowledge that I executed the same.

NOTARY PUBLIC

MY COMMISSION EXPIRES

STATE OF KENTUCKY )
)ss
COUNTY OF )

SEE ATTACHED PRISON ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

CC: File

[signature], Case Manager 9/23/04
AUTHORIZED BY THE ACT OF
JULY 7, 1955, AS AMENDED,
TO ADMINISTER OATHS
18 U.S.C. 4004

# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 04956070 | **Current Institution:** | Big Sandy USP |
| **Inmate Name:** | WEEMS, IKE | **Housing Unit:** | A3/4 |
| **Report Date:** | 09/23/2004 | **Living Quarters:** | A06-423U |
| **Report Time:** | 3:26:18 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9815 |
| FRP Participation Status: | Participating |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 5/10/2002 |
| Local Account Activation Date: | 5/7/2004 1:39:47 PM |
| Sort Codes: | |
| Last Account Update: | 9/19/2004 2:08:37 AM |
| Account Status: | Active |
| ITS Balance: | $0.20 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.30 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.30 |
| National 6 Months Deposits: | $89.64 |
| National 6 Months Withdrawals: | $91.02 |
| National 6 Months Avg Daily Balance: | $2.62 |
| Local Max. Balance - Prev. 30 Days: | $26.30 |
| Average Balance - Prev. 30 Days: | $2.67 |

Inmate Qualifies for OTC Medication

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $33.65 |
| Last Sales Date: | 8/11/2004 8:36:45 AM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $290.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**