UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 04 421

| | | |
|---|---|---|
| Ike Weems<br>Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA<br>Respondant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR00-142T |

MOTION FOR DISCOVERY PURSUANT TO RULE 6. OF THE RULES GOVERNING SECTION 2255 PROCEEDINGS

Please take notice, that the above-named petitioner Ike Weems, appearing in pro se status, and respectfully moves the court, pursuant to Title U.S.C. § 2255, Rule 6, for leave of court to invoke the process Discovery, pursuant to F.R.C.P. and/ or F.R. civil P. for the usages and principles of law for the following:

(A) Copy of second trial video tape to support petitioners claims in ground four, attorney sleeping or nodding off, juror asleep, attorney fainting in courtroom while cross examining governments key witness, marshals restraining petitioner and escorting petitioner to holding area. Petitioner also request copies of attorney Richardson medical records concerning his medication and diagnosis of his physical condition after counsel fainted in court.

8

The material items petitioner request leave of discovery for are laid out in his motion, and acccordingly are the support and foundation of his arguments.

## CONCLUSION

Wherefore, Petitioner respectfully submits this motion, and hopes and prays, that this court grants leaves of discovery for the reason stated herein, and for such other relief that the court may deem just and proper.

Date: 9-23-04

CC: Honorable Judge Torres
Chief United States District Judge

Assistant U.S. Attorney's Office

Clerk of Court

Respectfully Submitted

I. Weems

Ike Weems, pro se petitioner
Ike Weems
U.S.P. Big Sandy
PO Box 2068
Inez, KY 41224

DENIED. There is no video tape of petitioner's trial and the Court is not in possession of any medical records of petitioner's attorney.

Ernest C Torres

Ernest C. Torres, Chief Judge
Date: October 14 , 2004