**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IKE WEEMS,** | : | |
| | : | |
| **Petitioner** | : | **C.A. No. 04-421T** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**MOTION FOR EXTENSION OF TIME**

On October 1, 2004, Ike Weems filed his Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. On October 12, 2004, the Court directed that the United States file its answer to the motion on or before November 15, 2004. Weems' claims in his motion are numerous and complex and to date, undersigned counsel has been unable to prepare an answer to the motion which addresses all of Weems' arguments. Accordingly, Respondent respectfully requests an extension of time until December 15, 2004, in order to answer the motion.

Wherefore, based upon the foregoing, Respondent respectfully requests an extension of time until December 15, 2004, in order to answer the motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000

Dated: November 15, 2004

9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IKE WEEMS,** | : | |
| | : | |
| **Petitioner** | : | **C.A. No. 04-421T** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2004, I forwarded a copy of a Motion for Extension of Time, by postage prepaid mail, to:

Ike Weems
U.S. P. Big Sandy
P.O. Box 2068
Inez, NY 41224

Nancy A. DiNunzio