IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IKE WEEMS, Petitioner | : | C.A. No. 04-421T |
| v. | : | |
| UNITED STATES OF AMERICA, Respondent | : | |

## SECOND MOTION FOR EXTENSION OF TIME

On October 1, 2004, Ike Weems filed his Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. On October 12, 2004, the Court directed that the United States file its answer to the motion on or before November 15, 2004. On November 15, 2004, the United States sought and obtained an extension of time to December 15, 2004, to answer the motion based on the fact that Weems' claims in his motion are numerous and complex and that as of November 15th, undersigned counsel had been unable to prepare an answer to the motion which addressed all of Weems' arguments. For those same reasons, undersigned counsel respectfully requests a second extension of time until January 6, 2004, in order to prepare an answer to the motion.

Wherefore, based upon the foregoing, Respondent respectfully requests an extension of time until January 6, 2004, in order to answer the motion.

GRANTED

Ernest C. Torres
Chief, US District Judge
1/4/04

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000

Dated: December 15, 2004

12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IKE WEEMS,** | : | |
| | : | |
| **Petitioner** | : | **C.A. No. 04-421T** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2004, I forwarded a copy of a Motion for Extension of Time, by postage prepaid mail, to:

Ike Weems
U.S. P. Big Sandy
P.O. Box 2068
Inez, NY 41224