IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IKE WEEMS,
Petitioner

v. CASE NO. 04 - 421T

UNITED STATES OF AMERICA,
Respondent

Motion For Expansion of Record Pursuant To Rule 7 of the Rules Governing §2255 Proceedings

Please take notice, that the above - named Petitioner, IKE WEEMS, appearing pro se, respectfully moves this Honorable Court pursuant to the Title U.S.C. §2255, rule 7(b), for expansion of the record.

The material item petitioner request to be added is the attached brief which supports Petitioner's claim in ground 12 of Petitioner's Memorandum of Law Rebutting United States' Objection To Defendant's Motion To Vacate, Set Aside and/or Correct Sentence Pursuant to 28 U.S.C. §2255. Petitioner also respectfully asks this Honorable Court to extend his argument in Ground 12 to the recent Supreme Court in Shepard v United States, 125 S.Ct 1254 (2005).

CONCLUSION

Wherefore, Petitioner respectfully submits this motion pursuit to rule 7, and hopes and prays that this Honorable Court grants this Motion for Expansion of the Record for the reasons stated herein, and for such other relief that the Court deems just and proper.

Respectfully Submitted,

Date: 9-25-05

I. Weems

IKE WEEMS, Pro-Se
USP Big Sandy
P.O. Box 2068
Inez, KY 41224

GRANTED

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

11/17/05