**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IKE WEEMS,**<br>**Appellant - Defendant** | ) | |
| **-vs-** | ) | **DOCKET NO.: 1:04-cv-421** |
| **UNITED STATES OF AMERICA,**<br>**Appellee - Respondent** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the appellant - defendant, **IKE WEEMS, pro se,** in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 23rd day of February, 2007.

I. Weems

**IKE WEEMS**
**Pro Se**

## CERTIFICATE OF SERVICE

I, **IKE WEEMS, pro se,** do hereby certify that a true copy of the foregoing **NOTICE OF APPEAL** was duly forwarded via first-class U. S. Mail, postage pre-paid to Dulce Donovan, Assistant U. S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, this 20th day of March, 2007.

I. Weems

**IKE WEEMS**
**Pro Se**