**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IKE WEEMS,** Appellant - Defendant | ) | |
| -vs- | ) | **DOCKET NO. 04-421-T** |
| **UNITED STATES OF AMERICA,** Appellee - Respondent | ) | |

**DECLARATION OF MAILING PURSUANT TO 28 U.S.C. §1746**

I, **IKE WEEMS**, the appellant - defendant herein, do hereby declare, certify, and affirm that I am a prisoner housed at the U. S. Penitentiary-Big Sandy, P. O. Box 2068, Inez, Kentucky 41224; that the prisoners at U. S. Penitentiary-Big Sandy must hand their legal mail packages to the mail room clerk personally in order to avail themselves of the mailbox rule; that on March 20, 2007, at about 6:30 A.M., I hand-delivered two envelopes containing the foregoing **NOTICE OF APPEAL** and accompanying documents to the mail room clerk; that the first envelope was addressed to the Clerk of this Honorable Court, and contained the original documents; that the second package contained a copy of the foregoing document and accompanying documents and was addressed to Dulce Donovan, Assistant U. S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, this 20th day of March, 2007; that first-class mail was pre-paid and duly affixed to the outside of the envelopes; and that I have complied with all other requisites of the mailbox rule.

I, **IKE WEEMS**, do hereby certify, under the penalty of perjury pursuant to 28 U.S.C. §1746, that the foregoing representations of

fact are true and correct to the best of my knowledge and belief.

EXECUTED this 20th day of March, 2007.

I. Weems

**IKE WEEMS**
**Pro Se**