UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 24, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***CA04-421T IKE WEEMS v. USA***

Dear Clerk:

Enclosed you will find a Certified Copy of the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Letter; Appeal Cover Sheet; Notice of Appeal; Certified Copy of Case File*; Cert. Copy of Docket.

* Original case file unavailable at this time. Case file will be sent to the USCA as soon as possible.