UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IKE WEEMS

v. CA No. 04-421-T

UNITED STATES OF AMERICA

**ORDER**

The defendant has filed a motion to proceed in forma pauperis in order to appeal the denial of his § 2255 motion. The defendant's motion for issuance of a certificate of appealability was previously denied by this Court. Therefore, the defendant's motion to proceed in forma pauperis is denied but, at the Court of Appeals' request, this Court finds that the defendant is without funds to pay the cost of an appeal from the denial of his § 2255 motion because he has been incarcerated for approximately 75 months.

By Order

[signature]

Deputy Clerk

ENTER:

[signature]

Ernest C. Torres
Sr. U.S. District Judge

Date: 5/23/07