UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 21, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***IKE WEEMS***
***USDC: CA04-421*** ***USCA: 07-1654***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Original case file in CA04-421T; Criminal Case file CR00-142T (at the request of the 1st Circuit), 2 volume appendix and all transcripts (except for a portion of Doc. #188 - Sentencing on 3/8/02); Magistrate Case file 00-210L; Certified Copy of Dockets CA04-421T, CR00-142T and MJ 00-210L.