04-00421
USDC RI
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 07-1654

IKE WEEMS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

JUDGMENT

Entered: December 6, 2007

Essentially for the reasons given by the district court in its memorandum and order, dated February 23, 2007, petitioner's request for a certificate of appealability is denied.

We add only the following. We agree with other circuits that the decision as to whether to seek or agree to a mistrial is a strategic decision entrusted to counsel, not a fundamental right of a defendant. See, e.g., United States v. Burke, 257 F.3d 1321, 1324 (11th Cir. 2001); United States v. Washington, 198 F.3d 721, 723 (8th Cir. 1999); Watkins v. Kassulke, 90 F.3d 138, 143 (6th Cir. 1996); see also Galowski v. Murphy, 891 F.2d 629, 639 (7th Cir. 1989) ("decision whether to move for a mistrial or instead proceed to judgment . . . one of trial strategy"). As such, that decision, absent extraordinary circumstances not present here, does not constitute ineffective assistance of counsel even when counsel acts contrary to the wishes of the defendant. Burke, 257 F.3d at 1324.

The certificate of appealability is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

M. Greene

**Deputy Clerk**

**Date:** 1/28/08

[cc: Ike Weems, Donald Lockhart, AUSA]